IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ISLAS DOOMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 11-0352 LJO DLB<br><br>**ORDER TO CONSOLIDATE CASE NOS. CV F 11-0352 AND CV F 11-0390** |
| SUSAN ISLAS DOOMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 11-0390 OWW DLB |

Multiple defendants removed Fresno County Superior Court Case No. 11 CE CG 00333 to this Court, and two separate actions were opened in this Court although a single action was removed. On the basis of good cause, this Court:

1. CONSOLIDATES Case No. CV F 11-0352 LJO DLB with Case No. CV F 11-0390 OWW DLB so that Case No. CV 11-0352 LJO DLB remains as the lead, open case;

2. DIRECTS the clerk to close Case No. CV F 11-0390 OWW DLB and to consolidate its docket with the docket of Case No. CV F 11-352 LJO DLB;

3. ORDERS the parties to file all further papers in Case No. CV F 11-0352 LJO DLB and to use **Case No. CV F 11-0352 LJO DLB** as the correct case number; and

4. RESETS hearings the pending motions to dismiss (docs. 4 and 6) before U.S. District Judge Lawrence J. O'Neill on April 25, 2011 at 8:30 a.m. in Department 4 (LJO).

IT IS SO ORDERED.

**Dated:   March 16, 2011**                              /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE