# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA ISLAS DOOMS,<br><br>           Plaintiff,<br>    vs.<br><br>FEDERAL HOME LOAN<br>MORTGAGE CORPORATION,<br>et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 11-0352 LJO DLB<br><br>**ORDER FOR JOINT STATUS REPORT**<br>(Doc. 8.) |

Several defendants have filed motions to dismiss plaintiff's claims arising from her defaulted home loan and foreclosure sale of her property. This Court's practice is to quickly dispose of such claims, including sua sponte dismissal upon the filing of a F.R.Civ.P. 12(b)(6) motion to dismiss. Plaintiff seeks ex parte relief to continue the April 25, 2011 hearing on defendants' motions to dismiss and, apparently in turn, this Court's disposition of the motions to dismiss. Grounds for a continuance include the request of plaintiff's counsel to withdraw and apparent settlement discussions. Based on the record, this Court is unable to ascertain whether delay on disposition of the motions to dismiss is appropriate, especially given this Court's concerns that the attorney withdrawal motion may be an attempt to delay disposition of the motions to dismiss. As such, this Court ORDERS the parties, no later than March 28, 2011, to file a joint status report to address settlement status, whether defendants agree to continue the April 25, 2011 hearing, and other information helpful to address whether this Court should delay to dispose of the motions to dismiss.

IT IS SO ORDERED.

**Dated:   March 24, 2011**                    **/s/ Lawrence J. O'Neill**

1

1  UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28