# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSANA ISLAS DOOMS, | ) | 1:11cv0352 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING COUNSEL'S REQUEST |
| Plaintiff, | ) | TO FILE MOTION TO WITHDRAW AS |
| | ) | ATTORNEY AND ACCOMPANYING |
| v. | ) | AFFIDAVITS **UNDER SEAL** |
| | ) | |
| FEDERAL HOME LOAN MORTGAGE | ) | (Document 9) |
| CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Susana Islas Dooms ("Plaintiff") filed the instant action seeking to set aside the foreclosure sale of her home in the Fresno County Superior Court on January 31, 2011. Defendants removed the action to this Court on March 2, 2011, and motions to dismiss are currently set to be heard on April 25, 2011.[1]

On March 23, 2011, Elizabeth Avedikian, counsel for Plaintiff, filed a Notice of Motion to Withdraw as Plaintiff's Attorney of Record. Along with the Notice, Counsel filed a request that the Motion to Withdraw, as well as the accompanying Affidavits of Elizabeth Avedikian and Ugochi L. Anaebere, be filed under seal.

---

[1] Plaintiff has filed an ex parte request to continue the April 25, 2011, hearing. On March 24, 2011, the Court ordered the parties to submit a joint status report to address various issues related to the request. The joint status report is due on March 28, 2011.

1

1 | After examining the documents, the Court GRANTS Counsel's request to file the
2 | documents under seal pursuant to Local Rule 141.  The Clerk of Court is DIRECTED to FILE
3 | the following documents UNDER SEAL:
4 |   (1)  Motion by Elizabeth Avedikian to Withdraw as Counsel of Record for Plaintiff;
5 |   (2)  Affidavit of Elizabeth Avedikian in Support of Motion to Withdraw and Exhibits
6 |      attached thereto; and
7 |   (3)  Affidavit of Ugochi L. Anaebere in Support of Motion to Withdraw and Exhibits
8 |      attached thereto.

IT IS SO ORDERED.

**Dated:**   **March 24, 2011**      /s/ **Dennis L. Beck**
                   UNITED STATES MAGISTRATE JUDGE